**UNITED STATES of America, Appellee,**

v.

**Shelby Lamont BACCUS, Appellant.**

**No. 03–2041.**

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 30, 2003.

Decided Jan. 6, 2004.

Kevin T. Alexander, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Jenniffer Morris Horan, Federal Public Defender's Office, Little Rock, AR, Shelby Lamont Baccus, pro se, North Little Rock, AR, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Shelby Baccus appeals the sentence the district court[1] imposed following revocation of his supervised release. Having carefully reviewed the record, we conclude that Baccus's revocation sentence does not exceed the maximum prison term authorized by statute, is within the range recommended by the Sentencing Guidelines policy statements, and does not reflect an abuse of discretion. *See United States v.*

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

*Grimes,* 54 F.3d 489, 492 (8th Cir.1995) (standard of review).

The judgment is affirmed. We grant counsel's motion to withdraw.

